# Court of Appeals
## Tenth Appellate District of Texas

No. 10-25-00034-CR

Oscar Rene Reyes,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
413th District Court of Johnson County, Texas
Judge William C. Bosworth Jr., presiding
Trial Court No. F38386

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

On February 9, 2025, Oscar Rene Reyes's counsel filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The motion to dismiss is not signed by Reyes as contemplated by Rule 42.2. However, the trial court held a hearing on February 6, 2025, and Reyes affirmatively stated on the record that he no longer desired to appeal his case. A copy of the transcription of the hearing is attached to counsel's motion and thus provides a sufficient basis for

this Court to dismiss the appeal. *See Hendrix v. State*, 86 S.W.3d 762 (Tex. App. — Waco 2002, no pet.).

The motion is granted, and the appeal is dismissed.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  February 20, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do Not Publish
[CR25]

